UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,　　　　　　　　　　　　Case No.1:07-cr-153

　　　　　　v.　　　　　　　　　　　　　　　**Judge Timothy S. Black**

Mark Preston Kendrick,

　　　　　　Defendant.

CRIMINAL MINUTES before
United States District Judge Timothy S. Black

**Courtroom Deputy:** Mary Rogers
**Court Reporter:** Jodie Perkins, Official Court Reporter
**Date:** 5/9/2014　　**Time:** Commenced 10:15 a.m.　Concluded 10:20 a.m. Total: 5 mins.

**United States Attorney:** Christy Muncy　　**Defendant Attorney:**　Jim Maus

*Court Proceeding:*　Final Proceedings on Supervised Release Revocation Hearing

_x_ Counsel present

| Violation #1 | violated mandatory condition prohibiting him from committing a federal, state or local crime. | _x_ Violation found |
|---|---|---|
| Violation #2 | violated special condition prohibiting him from loitering where minor congregate | _x_ Violation found |

**Notes:**

Sentenced on the 2 violations to 60 months, term to run concurrent to the term of 120 months on 1:13-cr-131, USA v Mark P. Kendrick; no additional term of supervised release imposed.

Advised of his right to appeal; Remanded to the custody of the U.S. Marshal.